IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUSTIN M. LAMB**                                                                                          **PLAINTIFF**

v.                                              **CASE NO. 4:20-CV-426 BSM**

**WAYNE R. DETRA,** *et al.*                                                                         **DEFENDANTS**

## ORDER

The parties' joint motion to consolidate [Doc. No. 7] is granted, and this case is consolidated with *Goodhart v. Visser Trucking, LLC,* et al.*,* Case No. 4:20-CV-455 LPR, currently pending before Judge Lee P. Rudofsky.  See Fed. R. Civ. P. 42.  The clerk is directed to reassign this case to Judge Rudofsky.

IT IS SO ORDERED this 3rd day of June, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE